# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

March 20, 2024

Josie Dikkers
(212) 336-2231
jdikkers@pbwt.com

The Honorable Judge Stewart Aaron
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Request GRANTED. SO ORDERED.
Dated: March 20, 2024

*/S/ Stewart D. Aaron*

**Re:** *Rodriguez v. Commissioner of Social Security*, **23-cv-09935 (SDA)** **(S.D.N.Y.)**

Dear Judge Aaron:

      I am *pro bono* counsel to Plaintiff Cruz Rodriguez in the above captioned matter. Plaintiff appeared *pro se* in this matter to file a Complaint on November 8, 2023 (Dkt. No. 1). On January 16, 2024, Defendant filed the Administrative Record, which served as an Answer to the Complaint. (Dkt. No. 11). Plaintiff's brief for requested relief was due within 30 days after the filing of this Answer – on February 15, 2024.

      Subsequent to this filing date, the New York County Lawyers Association assigned Plaintiff's case to my Firm. My colleague Lisa Cleary and I filed our notices of appearances on March 18, 2024. We write to request an extension to the deadline for filing Plaintiff's brief until May 3, 2024, in order to review the facts of the case and prepare the briefing. This is Ms. Rodriguez's first request for an extension of time.

      I have conferred with counsel for Defendant, who consents to this request and further requests 45 days after service of Plaintiff's brief to file a response brief. Therefore, the revised briefing schedule, to which both parties consent, would be as follows: Plaintiff's brief due May 3, 2024, Defendant's brief due June 17, 2024, Plaintiff's reply brief due July 1, 2024.

      Thank you for your consideration.

Respectfully yours,

*/S/ Johanna-Sophie Dikkers*
Johanna-Sophie Dikkers

cc: All Counsel (by ECF)