**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
CRUZ MERCEDE R.,

                Plaintiff,                23 **CIVIL** 9935 (GRJ)

      -against-                **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons set forth in the Court's Decision and Order dated February 10, 2025, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 18) is GRANTED, and this case is REMANDED for further administrative proceedings consistent with this Decision and Order. Accordingly, this case is closed.

**Dated:**  New York, New York

        February 11, 2025

                                    **TAMMI M. HELLWIG**
                                      **Clerk of Court**

              **BY:**
                                      _____
                                        **Deputy Clerk**